IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| SURESH SUBRAMANIAN,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY, et al.<br><br><br>  Defendants. | Case No. 1:18-cv-03008 |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Since the filing of this Complaint, Defendants have granted Plaintiff's I-485 Application for Adjustment of Status and the family's green cards have been received. As such, the present lawsuit is now moot.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses the instant action with prejudice.

*/s/ James O. Hacking, III*
James O. Hacking, III, MO Bar # 46728
Hacking Law Practice, LLC
10900 Manchester Rd., Suite 203
St. Louis, MO 63122
Phone: 314.961-8200
Fax: 314.961.8201
Email: jim@hackinglawpractice.com

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2019, the foregoing NOTICE OF VOLUNTARY DISMISSAL was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system.

/s/ James. O. Hacking, III
James O. Hacking, III, MO Bar # 46728
Hacking Law Practice, LLC